### Ed Long v. The State.

No. 2609. Decided June 25, 1913.

Rehearing denied October 15, 1913.

**Murder—Statement of Facts.**

In the absence of a statement of facts, criticism of the court's charge can not be considered on appeal.

Appeal from the Criminal District Court of Dallas. Tried below before the Hon. Robt. B. Seay.

Appeal from a conviction of murder in the first degree; penalty, death. The opinion states the case.

*Ed Long,* in person, for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, Presiding Judge.—Appellant was convicted of murder in the first degree, his punishment being assessed at death.

There are quite a number of grounds set out in the motion for new trial. Most of these are criticisms of the court's charge as not submitting the law properly as called for by the facts, or properly submitting the law under the facts detailed by the witnesses. The evidence is not before us. There is no statement of facts sent up with this transcript. These matters urged in the motion for new trial can not be revised in the absence of the evidence.

The judgment is affirmed.

*Affirmed.*

[Rehearing denied October 15, 1913.—Reporter.]